


**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
P. O. Box 1000
*Butner, North Carolina 27509*

**Date:** July 22, 2013

**TO:** The Honorable James C. Fox

**Subject:** Nott, Bruce William (Docket Number 7:13-CR-00055-F-1)

**Fax #:** 910-815-4628

**# Pages:** 2, including cover letter

**FROM:** Kim Barnes (kbarnes@bop.gov)
Commitment and Treatment Program, FCI Butner
919-575-4541 ext. 3630

**Sensitivity Category:** CLASSIFIED OR SBU (Circle One)

**Comments:** Extension Request

## NOTICE

The information in this FAX message is privileged and sensitive but unclassified information, intended only for the use of the individual or entity named above. If the reader of this fax is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, YOU ARE HEREBY ON NOTICE that you are in the possession of sensitive information; any disclosure, copying, distribution, or taking of any action in reliance in the contents of this telecopied information is prohibited. Immediately notify the sender by telephone of your inadvertent receipt and return the original FAX message to the sender at the address listed in the above letterhead.



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

July 18, 2013

The Honorable James C. Fox
United States District Court
Eastern District of North Carolina
United States Courthouse
2 Princess Street
Wilmington, North Carolina   28401

RE:    NOTT, Bruce William
         REGISTER NUMBER: 57374-056
         DOCKET NUMBER: 7:13-CR-00055-F-1

Dear Judge Fox:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on July 15, 2013, pursuant to the provisions of Title 18, United States Code, Section 4241.   Currently, the evaluator is conducting interviews and psychological testing with Mr. Nott, which are necessary to complete his evaluation.   In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for fifteen days.   If this request is granted, the evaluation period will end on August 28, 2013.   Staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed.   If you concur, please complete the bottom section of this request and return by fax machine to Kim Barnes, Health Systems Specialist, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter.   If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Justin N. Andrews
Warden

☑    The above requested extension of time is hereby granted

☐    The above requested extension of time is not hereby granted

Signature: _James C. Fox_                      DATE: __7/__/13__
              Judge James C. Fox