UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-55-F

UNITED STATES OF AMERICA,  :
                           :
          v.               :
                           :   ORDER
BRUCE WILLIAM NOTT,        :
                           :
          Defendant.       :

It appearing to the Court that during the investigation of the above-captioned case, agents of the Federal Bureau of Investigation seized and used as evidence the following items:

1) A Compaq desktop, MXX8440JXN

2) A Compaq desktop, CNH636218G

3) An HP Pavilion desktop, MXK60761V9

4) An HP Pavilion desktop, CNF7462ZRC

5) An Emachine laptop, LXN7502171014

6) An LG cell phone, 912CYSF0179878

7) A Scandisk 2GB thumbdrive

8) A Kodak 1GB thumbdrive

9) Seven VHS tapes

10) A yellow Conair kid's clipper set

11) Two spiral notebooks and a broken blue hairbrush

12) A silver Motorola flip phone

13) A Nikon camera, 5190277

14) A Sony digital camera

15) An envelope containing pictures of children

16) A Kodak camera

17) Two Hannah Montana towels

18) Eleven children's DVDs

19) Six VHS tapes

20) A Compaq Presario, S/N: MXK32808NZL

21) A Maxtor 160GB HDD, S/N: Y458F30E

22) A spindle of CDs/DVDs

23) A Kyocera cell phone, S/N: K00100000156258

24) An HP Pavilion, S/N: 3CR9130G8L

25) A Samsung cell phone, S/N: 268435459611274267

26) An LG cell phone, S/N: 807CYGW0067535

27) A Sandisk 1GB SD card

28) A Memorex CD-RW, labeled "Pics of Caelin"

29) An LG cell phone, S/N: 908CQVU0277231

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by agents of the Federal Bureau of

Investigation in accordance with regulations of the Federal Bureau of Investigation.

This the  30'  day of July, 2015.

                              *James C. Fox*
                              HONORABLE JAMES C. FOX
                              Senior United States District Court Judge